# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America § 
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:19-M -09793(1)
§
(1) Eduardo Arturo Duarte §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 30, 2019** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Eduardo Arturo DUARTE, an alien, entered, or was found in the United States at or near Comstock, Texas, after having been denied admission, excluded, deported, or removed from the United States through Paso Del Norte, Tx, Bridge on 09/26/2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title       **8**       United States Code, Section(s)   **1326(a)(1)**
.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Eduardo Arturo DUARTE, was arrested by Border Patrol Agents, on November 30, 2019 for being an alien illegally present in the United States. Investigation and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Velez, Gregorio
BPA

12/04/2019                                          at     DEL RIO, Texas
File Date                                                  City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE              Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:19-M -09793(1)

(1) Eduardo Arturo Duarte

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 09/26/2019 through Paso Del Norte, Tx, Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  _____
Signature of Judicial Officer  Signature of Complainant